IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAIGLE TOWING SERVICES, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: 08-84 |
| MASTER MARINE, INC. | ) |
| Defendant. | ) |

## VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW Daigle Towing Service, LLC ("Daigle Towing") and, for its Verified Complaint for Declaratory Judgment against Master Marine, Inc. ("Master Marine"), in a cause of action, civil and maritime, under and pursuant to Rules 9(h) and 57 of the Federal Rules of Civil Procedure and 28 USCA § 2201, avers on information and belief as follows:

1. At all material times, Daigle Towing is and was a Louisiana Limited Liability Company with its principal place of business in Belle Chasse, Louisiana.

2. At all material times, Master Marine is and was a corporation with its principal place of business in Bayou La Batre, Alabama.

3. On or about May 18, 2007, Daigle Towing and Master Marine entered into an agreement pursuant to which Master Marine agreed to perform certain repairs to the M/V MISS MILDRED M, a commercial vessel owned by Daigle Towing. Pursuant to that agreement, the agreed charge for the repair work to be performed by Master Marine was $60,000.00.

4. By invoice dated July 3, 2007, Master Marine submitted a statement to Daigle Towing in the amount of $139,951.00, showing a balance of $79,951.00 after crediting payment by Daigle Towing of $60,000.00 to Master Marine.

5. Daigle Towing disputed the amount of the invoice and by check dated July 23, 2007, offered to settle the dispute in full by the payment of $40,000.00.

6. Master Marine accepted this settlement by depositing the check into its corporate bank account.

7. Notwithstanding accepting the settlement check of $40,000.00 as payment in full, Master Marine filed a Notice of Lien dated July 30, 2007 with the United States Coast Guard against the M/V MISS MILDRED M.

8. Said Notice of Claim of Lien constitutes a cloud on the vessel title.

WHEREFORE, Daigle Towing prays judgment against Master Marine, as follows:

A. For a declaration by the Court that the lien filed by Master Marine with the United States Coast Guard against the M/V MISS MILDRED M is invalid and unenforceable due to the accord and satisfaction of the indebtedness as described above.

B. For a declaration by the Court that the lien filed by Master Marine with the United States Coast Guard against the M/V MISS MILDRED M is invalid and unenforceable as the unpaid balance of the charges is excessive and unreasonable.

C. That Master Marine be ordered by this Court to immediately file a Satisfaction of Lien with the United States Coast Guard in order to remove said notice from the vessel title.

D. That Daigle Towing have such other, further and different relief as the justice of this cause may require.

Respectfully submitted,

BRADY RADCLIFF & BROWN LLP
Post Office Box 1668
Mobile, Alabama 36633
Telephone: 251.405.0077
Facsimile: 251.405.0076

By: /s/ Donald Radcliff

DONALD C. RADCLIFF
(RADCD1662)

## VERIFICATION

STATE OF ALABAMA

COUNTY OF MOBILE

Personally appeared before me, the undersigned authority in and for said state and county, Donald C. Radcliff, who after being duly sworn, did depose and say as follows:

That he is a member of the firm of Brady Radcliff & Brown, attorneys of record for Plaintiff herein; that he has read the foregoing complaint and knows the contents thereof; and that upon information and belief he verily believes the allegations to be true; that the source of his information and the grounds of his belief are documents and information supplied to him by Plaintiff. Undersigned makes this verification on behalf of Plaintiff because it has no officers within this District. Undersigned is authorized to make this verification on behalf of Plaintiff.

_____

Sworn and Subscribed to before me on
this 11th day of February, 2008.

_____
Notary Public
My commission expires: 9-30-09